Myra M. Outlaw
Plaintiff

FILED
2010 DEC -6 PM 2: 20
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

Dillard's Primary Comp / Gallagher Bassett Services, Inc.
Defendant

3:10-cv-1109-J-32JRK

Title of my Pleading
Worker Comp + Motion To Tax Costs.

Myra M. Outlaw
Myra M. Outlaw
2474 Green Spring Dr,
Jax. Fl. 32246
904-228-4127

# SAMPLE PLEADINGS FORMAT

## THIS IS A SAMPLE FOR YOUR REFERENCE - *DO NOT RETURN* THIS FORM TO THE COURT.

United States District Court
Middle District of Florida
Jacksonville Division

*MUJRA MARION OUTLAW*
(Enter your full name and prison number (if any)),

Plaintiff,

vs.

Case No. *09-03253 5 SLR*
(If filing new cases, to be assigned by the Clerk's Office.)

*Dillard's Primary*
(Enter full name of ALL defendant(s)),

Defendant(s).

*Comp/ Gallagher Services Inc.*

### TITLE OF YOUR PLEADING
*Complaint*

The body of your pleading should state the nature of your request and what you want the Court to do for you.

NOTE: The signature block (as shown below) goes at the end of the document.

*Mujra Marion Outlaw*
(Signature)

*MUJRA MARION OUTLAW*
(Full Name: Typed or Legibly Printed)

*2474 Green Spring Dr.*
(Mailing Address)

*JAX, Fl. 32246*
(City, State & Zip Code)

*904-228-4127*
(Phone Number)

NOTE: All pleadings, motions, briefs, applications, etc., must be typewritten or legibly printed, and double spaced on 8½ x 11 inch white paper, must contain the plaintiff's signature, and must be an original document. Prior permission of the Court must be obtained to file any brief or legal memorandum in excess of the page limitations set forth in Local Rule 3.01(a) (not more than 25 pages for motions with incorporated memos of law) and (b) (not more than 20 pages for responses to motions with incorporated memos of law).

Rev. 7/12/2010

Myra Outlaw                     09-032585 SUR
_____
    Plantiff

VS.

Dillard's Primary
Comp/Gallagher
Services, Inc.
_____
    Defendants


Myra Outlaw

Dec 09, 2010

I have no legal representation att this time. Currently have a meeting with attorney Joi A. Lordahl on Dec 20th

04, Dec. 2010

12/9/10
6 m.o.

I have NO Legal Representation AT This Time. I did NOT on September 9, 2010 Resolved my completely issues in All of petitions. I did NOT Settlement agreement. I did NOT Conference a Final Hearing. I did NOT Agree mediation Conference. NO issues were Resolved.

On 10-11, 12, 2010, I Try To Make a Appointmen With Dr. Schart, Was in pain, They call Gallagher Bassett Services, Betty Lamar did NOT let me get Medical Attention, she would always say that it came From The Car Acc. and. On Oct 13, 2009, I was on my Way Home From Dr. Office, Driving wend my Ring Leg Was in pain with a really reelly hard charle hors in my leg, and could Brak on gas. and seided the other Car. My Lawer walk out on me on September 9, 2010 and act me to signature my name with some paper that he had with him at the meeting. I did NOT Sign paper on Sep. 9, 2010 To agreement on that Day. The Defendant's what To Final A motion For Tax costs.


*Myra M. Outlaw*

Myra M. Outlaw

Dec. 9, 2010

2474 Green Spring Dr.

Jax, Fl. 32246

904-228-4127